**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICK FIELD,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN TOWNE CHARTER HIGH SCHOOL, *et al*.,<br><br>Defendants. | : | CIVIL ACTION<br><br>NO. 23-4646-JMY |

# STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**WHEREAS**, Plaintiff Patrick J. Field ("Plaintiff") commenced this action via the filing of his Complaint (Dkt. No. 1) on November 24, 2023.

**WHEREAS**, Defendants Franklin Towne Charter High School, the Board of Trustees of Franklin Towne Charter High School, and Joseph Venditti (collectively, "Defendants") filed an Answer (Dkt. No. 10) on February 2, 2024.

**WHEREAS**, the Parties engaged in private mediation on June 7, 2024, and subsequently entered into a Settlement Agreement disposing of all claims in this action.

**NOW**, **THEREFORE**, the Parties, by and through their undersigned Counsel and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit this stipulation dismissing all claims in this action **WITH PREJUDICE**. Each party shall bear its own costs and fees.

**[signature page follows]**

**FOR PLAINTIFF:**

***S/ Eric L. Young_*** **July 24, 2024**

Eric L. Young, Esq.
**Young Law Group, PC**
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
eyoung@young-lawgroup.com
*Attorney for Plaintiff*

**FOR DEFENDANTS:**

***S/ John M. Nolan*** **July 24, 2024**

John M. Nolan III, Esq.
**Margolis Edelstein**
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106
jnolan@margolisedelstein.com
*Attorney for Defendants*